GRANITE SPRINGS ESTATES, INC., Appellant, v. LESTER B. FLEWELLIN and Others,

Respondents.— Judgment affirmed, without costs. No opinion. Rich, Manning, Kelby and Young, JJ., concur; Kelly, P. J., dissents.